```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 21931
   PURNELL WARD
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-3634


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/20/2008 and was not confirmed.

    The case was dismissed without confirmation 02/12/2009.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

NUVELL CREDIT CO LLC     SECURED VEHIC    11000.00              .00       1250.19
NATIONAL CITY MORTGAGE   CURRENT MORTG        .00               .00            .00
NATIONAL CITY MORTGAGE   MORTGAGE ARRE    4000.00               .00            .00
NUVELL CREDIT CO LLC     UNSECURED        NOT FILED            .00            .00
AMERICREDIT FINANCIAL SV SECURED VEHIC        .00              .00            .00
AMERICREDIT FINANCIAL SV UNSECURED        1272.26              .00            .00
CHILD SUPPORT            DSO ARREARS      NOT FILED            .00            .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED            .00            .00
ACL INC                  UNSECURED        NOT FILED            .00            .00
ADVOCATE HEALTH CTR      UNSECURED        NOT FILED            .00            .00
VERIZON WIRELESS         UNSECURED        NOT FILED            .00            .00
CALVARY PORTFOLIO SVC    UNSECURED        NOT FILED            .00            .00
HOUSEHOLD BANK           UNSECURED        NOT FILED            .00            .00
MIDWEST ORTHOPAEDIC CONS UNSECURED        NOT FILED            .00            .00
NATIONAL CITY BANK ~     UNSECURED        3948.14              .00            .00
NICOR GAS                UNSECURED        1854.39              .00            .00
ENDODONIC & PERIODONIC A UNSECURED        NOT FILED            .00            .00
WILMA WARD               NOTICE ONLY      NOT FILED            .00            .00
WILMA WARD               NOTICE ONLY      NOT FILED            .00            .00
AMERICREDIT FINANCIAL SV MORTGAGE NOTI    NOT FILED            .00            .00
KAREN J PORTER           DEBTOR ATTY          .00                             .00
TOM VAUGHN               TRUSTEE                                           99.81
DEBTOR REFUND            REFUND                                               .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                  RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 1,350.00

PRIORITY                                            .00
SECURED                                        1,250.19
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             99.81

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 21931 PURNELL WARD
```

```
DEBTOR REFUND                                                        .00
                                              ---------------   ---------------
TOTALS                                              1,350.00         1,350.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 03/11/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```